E-FILED
Tuesday, 06 November, 2007 12:11:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHARLES L. CHANDLER,<br><br>Plaintiff<br><br>v.<br><br>TAZEWELL COUNTY, ILLINOIS, an Illinois Local Governmental Entity, ROBERT HUSTON, Sheriff of Tazewell County, Illinois in His Individual & Official Capacities; MICHAEL HARPER, a Sergeant of the Tazewell County Jail in His Individual Capacity, JOEL BROWN, a Jail Officer of the Tazewell County Jail in his Individual Capacity, ERIC RASMUSSEN, in his a Jail Officer of the Tazewell County Jail in his Individual Capacity, and SCHAD MARTIN, a Jail Officer of the Tazewell County Jail in his Individual Capacity<br><br>Defendants | ) | 07-1296 |

## EXHIBITS TO COMPLAINT

Now comes the Plaintiff, CHARLES L. CHANDLER, by RICHARD L. STEAGALL, his attorney, and files separately the Exhibits to the Complaint filed by Plaintiff as Dckt #1, which are still digital photographs of various frames of the dvd video of the incident at the Tazewell County Jail referred to in the Complaint identified in the listing of Exhibits on the Docket on filing..

Respectfully submitted,

s/ Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for the Plaintiff

RICHARD L. STEAGALL
Nicoara & Steagall
416 Main Street, Suite 815
Commerce Building
Peoria, IL 61602-1115
Tel: (309) 674-6085
Fax: (309) 674-6032
E-mail nicsteag@mtco.com

MARK E. WERTZ
Vonachen, Lawless, Trager
& Slevin
456 Fulton Street, Suite 425
Peoria, IL 61602-1115
Tel: (309) 676-8986
Fax: (309) 676-4130
E-mail mwertz@vltslaw.com

E-FILED
Tuesday, 06 November, 2007 12:15:10 PM
Clerk, U.S. District Court, ILCD

8] [SHU - 8] [Mon Nov 06 2006] [22:25:35]

**Exhibit No. 1**

**No. 3 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:16:26 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 2**

**No. 7 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:16:58 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 3**

**No. 9 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:18:39 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 4**

**No. 13 of 56 Still Photographs From Video**

**E-FILED**
Tuesday, 06 November, 2007 12:18:56 PM
Clerk, U.S. District Court, ILCD

**Exhibit No. 5**

**Blank Page**

E-FILED
Tuesday, 06 November, 2007 12:19:31 PM
Clerk, U.S. District Court, ILCD

08] [SHU - 8] [Mon Nov 06 2006] [22:26:20]

**Exhibit No. 6**

**No. 16 of 56 Still Photographs From Video**

**E-FILED**
Tuesday, 06 November, 2007 12:20:10 PM
Clerk, U.S. District Court, ILCD

08] [SHU - 8] [Mon Nov 06 2006] [22:26:26]

**Exhibit No. 7**

**No. 19 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:22:29 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 8**

**No. 24 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:23:02 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 9**

**No. 26 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:23:43 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 10**

**No. 28 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:24:12 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 11**

**No. 30 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:24:44 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 12**

**No. 36 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:25:08 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 13**

**No. 40 of 56 Still Photographs From Video**

E-FILED
Tuesday, 06 November, 2007 12:25:42 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 14**

**No. 46 of 56 Still Photographs From Video**

**E-FILED**
Tuesday, 06 November, 2007 12:26:24 PM
Clerk, U.S. District Court, ILCD




**Exhibit No. 15**

**No. 56 of 56 Still Photographs From Video**