**E-FILED**
Wednesday, 21 November, 2007  03:39:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLES CHANDLER, | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 07 -1296 |
| vs. | ) | |
| | ) | |
| TAZEWELL COUNTY, et al. | ) | |
| Defendants. | ) | |
| | ) | |

MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

NOW COMES Stewart J. Umholtz, State's Attorney of Tazewell County, through

Michael P. Holly, Assistant State's Attorney, representing the Defendants in this matter and file

this motion for enlargement of time to file a responsive pleading to Plaintiff's complaint

pursuant to Federal Rule of Civil Procedure 6.


In support thereof, the Defendants state as follows:

1)    Defendants have received and reviewed the complaint filed in this matter.

2)    Defendants have forwarded Plaintiff's Complaint to Defendant's insurance carrier
      for review and appointment of counsel.

3)    Defendants request an enlargement of time to respond so that counsel may be
      appointed and enter his or her appearance in this matter.

4)    Defendants have filed this motion at a time prior to the deadline to file a response
      to Plaintiff's complaint.

WHEREFORE, Defendants respectfully request this Honorable Court to grant an

enlargement of time that this Honorable Court deems just.


Respectfully submitted,

s/ Michael P. Holly_____
Assistant State's Attorney
Michael P. Holly
Attorney for Defendant Tazewell County
Tazewell County State's Attorney's Office
342 Court St., Suite 6
Tazewell County Courthouse
Pekin, IL  61554
Telephone: (309) 477-2205
Fax: (309) 477-2399
E-mail: mholly@tazewell.com

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that on  November 21, 2007, I electronically filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by the United States Postal Service the document to the following CM/ECF participants:

Richard L. Steagall
Nicoara and Steagall
416 Main St. Suite 815
Peoria, IL 61602

                                        s/Michael P. Holly
                                        Michael P. Holly
                                        Assistant State's Attorney
                                        Attorney for Defendant Tazewell County
                                        Tazewell County State's Attorney's Office
                                        342 Court Street, Suite 6
                                        Pekin, IL 61554
                                        Phone: 309-477-2205
                                        Fax: 309-477-2399
                                        E-mail: mholly@tazewell.com