IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHARLES L. CHANDLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TAZEWELL COUNTY, ILLINOIS, )<br>an Illinois Local Governmental Entity, )<br>ROBERT HUSTON, Sheriff of Tazewell )<br>County, Illinois, in his Individual and )<br>Official Capacities; MICHAEL HARPER, )<br>a Sergeant of the Tazewell County Jail, )<br>in His Individual Capacity; JOEL BROWN, )<br>a Jail Officer of the Tazewell County Jail, )<br>in His Individual Capacity; )<br>ERIC RASMUSSEN, a Jail Officer of the )<br>Tazewell County Jail, in His Individual )<br>Capacity; and SCHAD MARTIN, )<br>a Jail Officer of the Tazewell County Jail, )<br>in His Individual Capacity, )<br>)<br>Defendants. ) | Case No. 07-1296 |

## ENTRY OF APPEARANCE

The firm of QUINN, JOHNSTON, HENDERSON & PRETORIUS, by Peter R. Jennetten, a member in good standing of the bar of this Court, enters its appearance in the above-captioned case on behalf of Defendants, TAZEWELL COUNTY, ILLINOIS, and ROBERT HUSTON.

                                          TAZEWELL COUNTY, ILLINOIS, and
                                          ROBERT HUSTON, Defendants

                                          By:  *s/Peter R. Jennetten*
                                                    Peter R. Jennetten
                                          QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail:  pjennetten@qjhp.com
I:\1\Civil\Chandler v. Tazewell County 101 101 113\chandler eoa.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on **December 20, 2007**, I electronically filed this **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Steagall<br>Nicoara & Steagall<br>416 Main Street<br>Suite 815<br>Peoria, IL  61602-1103<br>Telephone:  (309) 674-6085<br>Facsimile:  (309) 674-6032<br>E-mail:  nicsteag@mtco.com | *Attorneys for Plaintiff* |
| Mark E. Wertz<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton Street<br>Suite 425<br>Peoria, IL  61602<br>Telephone:  (309) 676-8986<br>Facsimile:  (309) 676-4130<br>E-mail:  mwertz@vltslaw.com | *Attorneys for Plaintiff* |
| Michael P. Holly<br>Assistant State's Attorney<br>Tazewell County State's Attorney's Office<br>342 Court Street<br>Suite 6<br>Pekin, IL  61554<br>Telephone:  (309) 477-2205<br>Facsimile:  (309) 477-2399<br>E-mail:  mholly@tazewell.com | *Attorney for Defendants* |

*s/Peter R. Jennetten*
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail: pjennetten@qjhp.com