IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHARLES L. CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-1296 |
| ) | |
| TAZEWELL COUNTY, ILLINOIS, ) | |
| an Illinois Local Governmental Entity, ) | |
| ROBERT HUSTON, Sheriff of Tazewell ) | |
| County, Illinois, in his Individual and ) | |
| Official Capacities; MICHAEL HARPER, ) | |
| a Sergeant of the Tazewell County Jail, ) | |
| in His Individual Capacity; JOEL BROWN, ) | |
| a Jail Officer of the Tazewell County Jail, ) | |
| in His Individual Capacity; ) | |
| ERIC RASMUSSEN, a Jail Officer of the ) | |
| Tazewell County Jail, in His Individual ) | |
| Capacity; and SCHAD MARTIN, ) | |
| a Jail Officer of the Tazewell County Jail, ) | |
| in His Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

## DESIGNATION OF LEAD COUNSEL

Peter R. Jennetten, of the firm of QUINN, JOHNSTON, HENDERSON & PRETORIUS, and a member in good standing of the bar of this Court, is designated as lead counsel in the representation of Defendants, TAZEWELL COUNTY, ILLINOIS, and ROBERT HUSTON.

                                        TAZEWELL COUNTY, ILLINOIS, and
                                        ROBERT HUSTON, Defendants

                                        By:    *s/Peter R. Jennetten*
                                                   Peter R. Jennetten
                                      QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail:  pjennetten@qjhp.com
I:\1\Civil\Chandler v. Tazewell County 101 101 113\chandler desig lead counsel.wpd

## **CERTIFICATE OF SERVICE**

I hereby certify that on **December 20, 2007**, I electronically filed this **DESIGNATION OF LEAD COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Richard L. Steagall                                     *Attorneys for Plaintiff*
Nicoara & Steagall
416 Main Street
Suite 815
Peoria, IL  61602-1103
Telephone:  (309) 674-6085
Facsimile:  (309) 674-6032
E-mail:  nicsteag@mtco.com

Mark E. Wertz                                           *Attorneys for Plaintiff*
Vonachen, Lawless, Trager & Slevin
456 Fulton Street
Suite 425
Peoria, IL  61602
Telephone:  (309) 676-8986
Facsimile:  (309) 676-4130
E-mail:  mwertz@vltslaw.com

Michael P. Holly                                        *Attorney for Defendants*
Assistant State's Attorney
Tazewell County State's Attorney's Office
342 Court Street
Suite 6
Pekin, IL  61554
Telephone:  (309) 477-2205
Facsimile:  (309) 477-2399
E-mail:  mholly@tazewell.com

                                                  *s/Peter R. Jennetten*
                                                  Peter R. Jennetten (Illinois Bar No. 6237377)
                                                  QUINN, JOHNSTON, HENDERSON & PRETORIUS
                                                  227 N.E. Jefferson Street
                                                  Peoria, IL  61602-1211
                                                  Telephone:  (309) 674-1133
                                                  Facsimile:  (309) 674-6503
                                                  E-mail: pjennetten@qjhp.com