IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHARLES L. CHANDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-1296 |
| | ) | |
| TAZEWELL COUNTY, ILLINOIS, | ) | |
| an Illinois Local Governmental Entity, | ) | |
| ROBERT HUSTON, Sheriff of Tazewell | ) | |
| County, Illinois, in his Individual and | ) | |
| Official Capacities; MICHAEL HARPER, | ) | |
| a Sergeant of the Tazewell County Jail, | ) | |
| in His Individual Capacity; JOEL BROWN, | ) | |
| a Jail Officer of the Tazewell County Jail, | ) | |
| in His Individual Capacity; | ) | |
| ERIC RASMUSSEN, a Jail Officer of the | ) | |
| Tazewell County Jail, in His Individual | ) | |
| Capacity; and SCHAD MARTIN, | ) | |
| a Jail Officer of the Tazewell County Jail, | ) | |
| in His Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER**

NOW COME Defendants, TAZEWELL COUNTY, ILLINOIS, and ROBERT HUSTON, by their attorneys, QUINN, JOHNSTON, HENDERSON & PRETORIUS, and for this Agreed Motion for Enlargement of Time to Answer, state:

1. Undersigned counsel was retained to represent Tazewell County and Sheriff Huston in this matter.

2. The County and its insurer are still attempting to resolve issues pertaining to counsel for the individual officers.

3. There is an ongoing investigation of this matter by the Illinois Attorney General's Office, which is not yet resolved.

4. The parties are interested in exploring resolution of this matter with the assistance of the Magistrate Judge.

5. Defendants' counsel has spoken with Plaintiff's counsel, Richard Steagall, regarding these issues. Attorney Steagall has no objection to an extension of time to answer and is agreeable to having a settlement conference.

6. The parties have agreed to a 90-day extension of time for Defendants to plead to the Complaint.

7. Plaintiff's counsel will be out of the country on vacation from January 11 through January 25, 2008. The parties therefore ask that the conference be scheduled on or after January 30, 2008, but within 90 days of this motion.

8. The parties agree that it is appropriate for Magistrate Judge Cudmore to conduct the conference.

WHEREFORE, Defendants, TAZEWELL COUNTY, ILLINOIS, and ROBERT HUSTON, respectfully pray that the Court enter an Order granting this Motion, setting this matter for a settlement conference, enlarging Defendants' deadline to answer by 90 days, and for such other and further relief as the Court deems just and appropriate.

TAZEWELL COUNTY, ILLINOIS, and
ROBERT HUSTON, Defendants

By: *s/Peter R. Jennetten*
　　　Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail:  pjennetten@qjhp.com
I:\1\Civil\Chandler v. Tazewell County 101 101 113\chandler mot enlargement answer.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on **December 20, 2007**, I electronically filed this **AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Richard L. Steagall<br>Nicoara & Steagall<br>416 Main Street<br>Suite 815<br>Peoria, IL  61602-1103<br>Telephone:  (309) 674-6085<br>Facsimile:  (309) 674-6032<br>E-mail:  nicsteag@mtco.com | *Attorneys for Plaintiff* |
| Mark E. Wertz<br>Vonachen, Lawless, Trager & Slevin<br>456 Fulton Street<br>Suite 425<br>Peoria, IL  61602<br>Telephone:  (309) 676-8986<br>Facsimile:  (309) 676-4130<br>E-mail:  mwertz@vltslaw.com | *Attorneys for Plaintiff* |
| Michael P. Holly<br>Assistant State's Attorney<br>Tazewell County State's Attorney's Office<br>342 Court Street<br>Suite 6<br>Pekin, IL  61554<br>Telephone:  (309) 477-2205<br>Facsimile:  (309) 477-2399<br>E-mail:  mholly@tazewell.com | *Attorney for Defendants* |

                                                   <u>s/Peter R. Jennetten</u>
                                                   Peter R. Jennetten (Illinois Bar No. 6237377)
                                                   QUINN, JOHNSTON, HENDERSON & PRETORIUS
                                                   227 N.E. Jefferson Street
                                                   Peoria, IL  61602-1211
                                                   Telephone:  (309) 674-1133
                                                   Facsimile:  (309) 674-6503
                                                   E-mail:  pjennetten@qjhp.com