UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHARLES L. CHANDLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-1296 |
| | ) |
| TAZEWELL COUNTY, ILLINOIS, an Illinois | ) |
| Local Governmental Entity, ROBERT HUSTON, | ) |
| Sheriff of Tazewell County, Illinois in His | ) |
| Individual & Official Capacities; MICHAEL | ) |
| HARPER, a Sergeant of the Tazewell County | ) |
| Jail, in His Individual Capacity, JOEL BROWN, | ) |
| a Jail Officer of the Tazewell County Jail, in His | ) |
| Individual Capacity, ERIC RASMUSSEN, | ) |
| a Jail Officer of the Tazewell County Jail, in His | ) |
| Individual Capacity, and SCHAD MARTIN, | ) |
| a Jail Officer of the Tazewell County Jail, in | ) |
| His Individual Capacity | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR ORDER ALLOWING SUBPOENA
FOR CERTAIN OF HIS MEDICAL RECORDS**

Now comes the Plaintiff, CHARLES L. CHANDLER, by RICHARD L. STEAGALL, his attorney, and moves the court to enter the following Order:

1. The parties are engaged in mediation before Magistrate Judge Cudmore. Plaintiff was examined by Robert Morris, M.D., an Assistant Professor of Medicine at the University of Illinois College of Medicine at Chicago, Craniofacial Center, on April 23, 2008.

2. The court has extended the time for defendants to respond to the amended complaint to May 15, 2008.

3. Plaintiff's counsel has encountered difficulty with the University of Illinois College of Medicine bureaucracy in promptly obtaining the medical records. The Medical Records Department informed him there was a backlog of requests for records and that a subpoena would assist in getting this request at the top of the list.

4. Plaintiff's counsel sent a letter to Dr. Morris requesting a report and an estimate of the cost of additional surgery, which plaintiff has informed him Dr. Morris recommended. Dr. Morris told counsel his consultation note in medical records would provide the information sought in the request for a narrative report. He and the oral surgeon were preparing a statement of the costs of the additional surgery they recommend and will fax it to plaintiff and now will include his attorney on Monday, May 5th or Tuesday, May 6, 2008.

5. Rule 26 (e) of the Federal Rules of Civil Procedure provides that no discovery can be undertaken until the Rule 26 (f) planning meeting has been conducted. The purpose of mediation is to avoid all further proceedings.

6. Peter Jennetten is out of the office until Thursday, May 1, 2008. All parties are awaiting Dr. Morris' records. Plaintiff's counsel will send Dr. Morris' records on receipt to Mr. Jennetten and if not voluminous to the Magistrate Judge for use in the mediation. He expects that day to be no later than Wednesday, May 8, 2008.

**WHEREFORE,** Plaintiff, CHARLES L. CHANDLER, prays the Court enter an Order authorizing Plaintiff's attorney to issue a subpoena for documents to obtain the records of his examination at the University of Illinois College of Medicine at Chicago, Chicago, Illinois forthwith.

                                        Respectfully submitted,

                                        s/ Richard L. Steagall
                                        RICHARD L. STEAGALL,
                                        Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on **April 29, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Peter R. Jennetten
Quinn, Johnston, Henderson & Pretorius, Chtd
227 NE Jefferson
Peoria, IL 61602
Tel: (309) 674-1133
Fax: 309-674-6503
Email: pjennetten@qjhp.com

Mr. Michael P Holly
Assistant State's Attorney Tazewell County
342 Court Street
Pekin, IL 61554
Tel: 309-477-2205
Fax: 309-477-2241
Email: mholly@tazewell.com

                                        s/ Richard L. Steagall
                                        RICHARD L. STEAGALL

| | |
|---|---|
| RICHARD L. STEAGALL | MARK E. WERTZ |
| Nicoara & Steagall | Vonachen, Lawless, Trager |
| 416 Main Street, Suite 815 | & Slevin |
| Commerce Building | 456 Fulton Street, Suite 425 |
| Peoria, IL 61602-1115 | Peoria, IL 61602-1115 |
| Tel: (309) 674-6085 | Tel: (309) 676-8986 |
| Fax: (309) 674-6032 | Fax: (309) 676-4130 |
| E-mail nicsteag@mtco.com | E-mail mwertz@vltslaw.com |