IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| CHARLES L. CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  07-CV-1296 |
| ) | |
| TAZEWELL COUNTY, ILLINOIS, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

**BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:**

This case has been settled through the mediation efforts of United States Magistrate Judge Byron Cudmore.  The parties are hereby directed to file with the Court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.   All timetables and scheduled hearings in this case are cancelled and pending motions are moot until further order.

ENTERED:    May 29, 2008

*s/ Byron G. Cudmore*
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE