E-FILED
Monday, 07 July, 2008  11:34:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHARLES L. CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-1296 |
| ) | |
| TAZEWELL COUNTY, ILLINOIS, ) | |
| an Illinois Local Governmental Entity, ) | |
| ROBERT HUSTON, Sheriff of Tazewell ) | |
| County, Illinois, in his Individual and ) | |
| Official Capacities; MICHAEL HARPER, ) | |
| a Sergeant of the Tazewell County Jail, ) | |
| in His Individual Capacity; JOEL BROWN, ) | |
| a Jail Officer of the Tazewell County Jail, ) | |
| in His Individual Capacity; ) | |
| ERIC RASMUSSEN, a Jail Officer of the ) | |
| Tazewell County Jail, in His Individual ) | |
| Capacity; and SCHAD MARTIN, ) | |
| a Jail Officer of the Tazewell County Jail, ) | |
| in His Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

   NOW COME THE PARTIES HERETO, by their respective attorneys, and hereby represent to this Court that the above cause of action has been settled, and hereby stipulate and agree that the above cause may be dismissed, with prejudice to the Plaintiff, costs paid, and cause of action satisfied.

   It is further stipulated and agreed between the parties that the District Court can and shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release as permitted by *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 Sup.Ct. 1673 (1994).

CHARLES L. CHANDLER, Plaintiff

By:     *s/Richard L. Steagall* (with consent)
Richard L. Steagall
NICOARA & STEAGALL

TAZEWELL COUNTY, ILLINOIS, and
ROBERT HUSTON, Defendants

By:     *s/Peter R. Jennetten*
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON & PRETORIUS

I:\1\Civil\Chandler v. Tazewell County 101 101 113\chandler stip dismissal e-file.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHARLES L. CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-1296 |
| ) | |
| TAZEWELL COUNTY, ILLINOIS, ) | |
| an Illinois Local Governmental Entity, ) | |
| ROBERT HUSTON, Sheriff of Tazewell ) | |
| County, Illinois, in his Individual and ) | |
| Official Capacities; MICHAEL HARPER, ) | |
| a Sergeant of the Tazewell County Jail, ) | |
| in His Individual Capacity; JOEL BROWN, ) | |
| a Jail Officer of the Tazewell County Jail, ) | |
| in His Individual Capacity; ) | |
| ERIC RASMUSSEN, a Jail Officer of the ) | |
| Tazewell County Jail, in His Individual ) | |
| Capacity; and SCHAD MARTIN, ) | |
| a Jail Officer of the Tazewell County Jail, ) | |
| in His Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR DISMISSAL**

THIS CAUSE COMING on for hearing upon the stipulation of the parties hereto to dismiss this cause of action, with prejudice, cause of action satisfied, and costs paid.

THE COURT FINDS that the parties have reached a written agreement to settle this cause of action and that the terms of that agreement provide that this Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS, THEREFORE, ORDERED that the within aforegoing cause of action is hereby dismissed, with prejudice, cause of action satisfied, and costs paid.

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the terms of the written Settlement Agreement and Release which formed the basis for the dismissal of this action. *See, Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 Sup.Ct. 1673 (1994).


ENTERED:_____        _____
                                Judge of the U.S. District Court


I:\1\Civil\Chandler v. Tazewell County 101 101 113\chandler order dismissal.wpd