E-FILED
Wednesday, 16 July, 2008  02:47:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHARLES L. CHANDLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 07-1296 |
| TAZEWELL COUNTY, ILLINOIS, an Illinois Local Governmental Entity, ROBERT HUSTON, Sheriff of Tazewell County, Illinois in His Individual & Official Capacities; MICHAEL HARPER, a Sergeant of the Tazewell County Jail, in His Individual Capacity, JOEL BROWN, a Jail Officer of the Tazewell County Jail, in His Individual Capacity, ERIC RASMUSSEN, a Jail Officer of the Tazewell County Jail, in His Individual Capacity, and SCHAD MARTIN, a Jail Officer of the Tazewell County Jail, in His Individual Capacity | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter has come before the court on the Joint Motion for Dismissal. The parties have entered into a settlement of all claims on payment of a lump sum and periodic payments in the future, which is submitted with the Joint Motion.

IT IS ORDERED:

1. The Settlement Agreement and Release entered into between the parties is approved.

2. The court retains jurisdiction to enforce the periodic payment, preclusion of assignment, and all other provisions of the Settlement Agreement and Release under Rule 41 (a)(2) of the Federal Rules of Civil Procedure. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381, 114 S.Ct. 1673 (1994).

3. The claims asserted against the defendants or which may have been asserted against the defendants or any other party arising out of the incident that is the subject of the action and this action are dismissed with prejudice,.

ENTER: 7/15/08

s/ Byron G. Cudmore
UNITED STATES MAGISTRATE JUDGE